# EXHIBIT D

## **Email Content** (A[redacted])

Subject
Attn: Reliance Benefit Access

**Welcome, A[redacted] F[redacted]**

Member ID: [redacted]22

Thank you for becoming a plan participant and enrolling in our Reliance Max Employee Benefit Plan sponsored by Data Miners, LP. We anticipate you will find that this plan will satisfy you and your family's needs.

**Manage Your Account Online:**
Our secure, online Member Portal can help you get the most value from your program. In the portal, you can view your plan document, download your temporary ID cards, manage your account information, and access Provider Search links for the services included in your Reliance Max plan. It is easy to begin managing your account:

**Step 1:** Go to the Member Portal at https://benefitsportal.net/member
**Step 2:** Login using your email or member ID located at the top of this page with the password you created during your verification process

**Below is the provider search link for your PHCS Network:**
https://www.multiplan.com/webcenter/portal/ProviderSearch

**Step 1:** Enter the specialty, provider name, or facility
**Step 2:** Enter your Zip Code and click on the "search" icon

Then you can look at available providers in your local area.

**BE ON THE LOOKOUT**

**Please Note:** You will receive your ID Cards in the mail within 10-14 business days
Please refer to your member portal to access your documents and review your plan benefits immediately. For questions, please call us or send us an email. Our Member Services team is available from 8:00 am - 7:00 pm Central Standard Time, Monday through Thursday and 8:00 am - 5:00 pm Central Standard Time on Friday.

Once again, we thank you for becoming a member.

https://benefitsportal.net/member/

Member Services

(866) 910-6173

[redacted]@ahcminc.com

Unsubscribe