# EXHIBIT E

NATIONALWAY ASSOCIATION

12/8/2025

Re: [redacted]8588
M[redacted]l A[redacted]y
[redacted]
Miami, FL 33[redacted]

**DOB:** [redacted]1971
**Plan:** [WellCare1.1] 4 HI 200 45-54
**Effective Date:** 08/25/2022

Member's account is paid month to month and will remain active until a cancellation request is received in writing from the primary member, or if membership terminates for non-payment.

Services provided below: (Please contact us at 1.800.323.4057 to confirm medical restrictions for pre-existing conditions)

| | | |
|---|---|---|
| ***Other Services*** | ***- Primary member, spouse, and eligible dependents*** | *Effective On:* |
| | Air Ambulance | 3/17/2021 |
| | Hearing - Beltone | 2/15/2021 |
| | Hearing - Lloyds Mail Order Instruments & Supplies | 2/15/2021 |
| | Wellness Program | 2/15/2021 |
| | Diabetic Supplies | 2/15/2021 |
| | Non-Durable Medical Supplies | 2/15/2021 |
| | Direct Labs Discount | 2/15/2021 |
| | [Coterie] MDLIVE | 2/15/2021 |
| ***Discount Services*** | ***- All household members*** | *Effective On: 2/15/2021* |
| | Durable Medical Equipment | |
| ***Prescription*** | ***- Primary member, spouse, and eligible dependents*** | *Effective On:* |
| | Prescription - Paramount | 2/15/2021 |
| ***Association Group Insurance*** | ***- Primary member, spouse, and eligible dependents*** | *Effective On:* |
| | WellCare1.1 4 DrVisits | 11/15/2021 |
| | WellCare1.1 HI 200 | 11/15/2021 |

We offer our members healthcare discount services and benefits as well as other useful services such as the Legal and Pet Care to all household members nationwide. Additional dependents can be added at any time during the lifetime of the membership by simply calling Member Services at 1-866-211-6646.

Thank you for being part of our family.