**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:25-cv-25071-JB**

SOUTH MIAMI HOSPITAL, INC. on behalf of itself and as the assignee of A.F., an individual, and BAPTIST HOSPITAL OF MIAMI, INC., on behalf of itself and as the assignee of M.A., an individual,

Plaintiffs,

vs.

BLACKHAWK CLAIMS SERVICE GA, INC., DATA MINERS, LP, NATIONALWAY, INC., SALVASEN UNITED ASSOCIATION, INC. d/b/a SALVASEN HEALTH, and NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC,

Defendants,
_____________________________________/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS**

Plaintiffs, South Miami Hospital, Inc. ("SMH"), on behalf of itself and a/a/o A.F., and Baptist Hospital of Miami, Inc. ("BHM") on behalf of itself and a/a/o M.A. (collectively, "Baptist"), hereby give notice of filing the following exhibits to the Complaint [D.E. 1]: Composite Exhibit A - Joinder Agreement and Partnership Agreement; Exhibit B - A.F. Encounter Specific Consent Form; Exhibit C - M.A. Encounter Specific Consent Form; and Exhibit D - Optum Institutional Claims Payer List.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2026, a true and correct copy of the foregoing was served via electronic via Court's CM/ECF filing system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

**WOLFE | PINCAVAGE**
7800 SW 57th Avenue,
Suite 225
Miami, FL 33143
Telephone: (786) 409-0800

/s/ Anna D. Torres
Douglas A. Wolfe
doug@wolfepincavage.com
Fla. Bar No.: 28671
Anna D. Torres
service-1@wolfepincavge.com
Fla. Bar No.: 074837
Victor On-Sang
victor.onsang@wolfepincavage.com
Fla. Bar No.: 1050406
*Counsel for Plaintiffs*